# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00116JMS-01 |
| CASE NAME: | United States of America vs. Isael Perez |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Victor J. Bakke |
| U.S.P.O: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 5/8/2006 | TIME: | 3:10 - 3:35 |

COURT ACTION:  Sentencing to Counts 1, 3, 4, and 5 of the First Superseding Indictment:
Defendant's Motion for Downward Departure:
Government's Motion for Downward Departure:

Defendant present in custody with counsel Victor Bakke.

Memorandum of Plea Agreement accepted.

Sentencing continued to Friday, July 7, 2006 at 1:30 p.m.

Ms. Sameshima to file memo regarding leadership and safety valve by May 12, 2006. Probation Office to update PSI by May 26, 2006.  Mr. Bakke to file objections by June 16, 2006.

Submitted by:  Dottie Miwa, Courtroom Manager