ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

EDWARD H. KUBO. JR.   (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (2286)
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA   (2556)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00116 JMS |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| vs. | ) | |
| ISAEL PEREZ,   (01) | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on December 1, 2005, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendant ISAEL PEREZ to forfeit:

> One 1995 Gold Colored BMW 525i
> Hawaii License Plate Number GEJ 679,
> registered to Isael Perez, Vehicle
> Registration Number WBAHD6324SGK84697

hereinafter (the "Subject Property") and

WHEREAS, the United States caused to be published in Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant ISAEL PEREZ had an interest in the Subject Property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

> One 1995 Gold Colored BMW 525i
> Hawaii License Plate Number GEJ 679,
> registered to Isael Perez, Vehicle
> Registration Number WBAHD6324SGK84697

is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that a copy of this order shall be recorded forthwith by the United States Marshals Service or

his duly authorized designee in every county in which any hereinafter described real property is located, and when recorded shall be notice to any potential transferee of the right, title and interest of the United States of America therein;

IT IS FURTHER ORDERED that, as to any real property, the United States Marshals Service is further ordered to pay any appropriate outstanding county property tax bills and obtain from the taxing authority an appropriate release, cancellation and satisfaction evidencing payment of the same;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: August 17, 2006, at Honolulu, Hawaii.

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

USA v. ISAEL PEREZ, Cr. No. 05-00116 HG
"Final Order of Forfeiture"