

U.S. Department of Justice

Federal Bureau of Prisons

CORRESPONDENCE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

September 15, 2006

The Honorable J. Michael Seabright
Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard se
Honolulu, Hawaii 96850

**Re:  PEREZ, Isael**
     Reg. No. 92058-022
     Docket No. 1:05-00116-001

Dear Judge Seabright:

   This is in response to the Court's recommendation that Isael Perez serve his term of confinement at the federal facility in Lompoc, California. Mr. Perez was sentenced in your court to a total term of 126 months for Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine, Possession with Intent to Distribute 500 Grams or More of Methamphetamine, Criminal Forfeiture and Possession with Intent to Distribute 500 Grams or More of Methamphetamine.

   Unfortunately, we were unable to follow the Court's recommendation. Mr. Perez has been classified as a minimum security level offender. However, due to security concerns, he cannot be housed at the minimum security level facility in Lompoc, California. Accordingly, Mr. Perez has been designated to the minimum security level facility in Herlong, California.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                    Sincerely,

                                    Rebecca Tamez
                                    Chief

mbp
cc:  Warden, FCI Herlong (SCP)