SEP 06 2006 11:55 FR US MARSHALS HAWAII    8085413056 TO 919169302008    P.06/10

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment    JMS

CASE NUMBER: 1:05-00116-001
DEFENDANT: ISAEL PEREZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Judgment - Page 3 of 7

FEB 21 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 126 MONTHS.

This term consists of ONE HUNDRED TWENTY SIX (126) MONTHS as to each of Counts 1, 3 and 5 of the First Superseding Indictment, with all terms to be served concurrently with each other.

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       Lompoc, California.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before ___ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  11-8-06  to  FCI Herlong, CA
at  1:30 p.m.  , with a certified copy of this judgment.

Kuma J. Deboo, Warden
~~UNITED STATES MARSHAL~~