U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: Cr. 05-00116 JMS |
| DEFENDANT: Isael Perez | TYPE OF PROCESS: Final Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Marshals Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Honolulu, Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII  
JUN 29 2007  
at __ o'clock and __ min __ M  
SUE BEITIA, CLERK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BEVERLY WEE SAMESHIMA  
Assistant U.S. Attorney  
300 Ala Moana Blvd., Room 6-100  
Honolulu, HI 96850

Number of process to be served with this Form - 285: 9  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

05DEA 449463

U.S. MARSHALS SERVICE HONOLULU, HI  
2006 OCT 10 AM 10:10 RECEIVED

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT  
Beverly Wee Sameshima, AUSA  
TELEPHONE NUMBER: (808) 541-2850  
DATE: 10/10/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 10/10/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  
Date of Service: 06/27/07  
Time: 9:00 am  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: The 1995 BMW was sold at public auction on 06/15/2007, for $3,900.00.

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)